# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1324
Lower Tribunal No. 20-1072
_____

**Bideau Jean,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Bideau Jean, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Assistant Attorney General, for appellee.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Peoples v. State, 260 So. 3d 365, 367 (Fla. 3d DCA 2018) ("Only the court in which the defendant was convicted and sentenced has jurisdiction to consider collateral attacks on a judgment or sentence, and such an attack must be brought pursuant to Rule 3.800 or 3.850, not by petition for writ of habeas corpus.") (citation omitted); see also Broom v. State, 907 So. 2d 1261, 1262 (Fla. 3d DCA 2005) ("The circuit court of the county in which a defendant is incarcerated has jurisdiction to consider a petition for writ of habeas corpus when the claims raised in the petition concern issues regarding his incarceration, but not when the claims attack the validity of the judgment or sentence.") (citations omitted).